**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 19-358 (RC) |
| | : | |
| DEMONTRA HARRIS, | : | Re Document No.:    149 |
| | : | |
| Defendant. | : | |

## ORDER

### ADOPTING THE MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This action arose out of Defendant Demontra Harris's violations of his supervised release and comes before the Court on Magistrate Judge Matthew J. Sharbaugh's Report and Recommendation, ECF No. 149, resolving the U.S. Probation Office's petition, ECF No. 133. Judge Sharbaugh's Report and Recommendation was submitted to the Court on April 8, 2026. Neither Defendant nor the government has objected to Judge Sharbaugh's Report and Recommendation.

Upon consideration of the Report and Recommendation submitted to this Court by Judge Sharbaugh, and no objections thereto having been made, it is ordered that the Report and Recommendation and the findings made therein are hereby adopted in total as the opinion of this Court. The Court finds that Mr. Harris violated his supervised release conditions as described by the U.S. Probation Office by: (1) committing one or more crimes while on supervision on or about March 16, 2024; and (2) possessing an unregistered firearm and ammunition on or about March 16, 2024. *See* ECF No. 133 at 1–2.

Therefore, the Court **ORDERS** that Defendant's supervised release be revoked, and **FURTHER ORDERS** that Defendant be sentenced to one month of imprisonment with no additional period of supervised release.

**SO ORDERED**.

Dated:  April 24, 2026
RUDOLPH CONTRERAS
United States District Judge